IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:98CR3100 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| GLENN A. WOODARD, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

After a conference with counsel, realizing that this case is an alternative version of the facts alleged in 4:10CR3083, and further realizing that, for now, the government wishes to prosecute both cases,

IT IS ORDERED that:

1. The progression of this case is referred to Magistrate Judge Zwart for the handling of all pretrial matters just like any other criminal case.

2. Pursuant to the government's petition for contempt (filing no. 113), Judge Zwart shall issue the notice required by Federal Rule of Criminal Procedure 42(a) and then progress this matter accordingly.

3. My chambers shall provide Judge Zwart with a copy of this order.

DATED this 10th day of March, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge