IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:98CR3100 |
| | ) | |
| Plaintiff, | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| GLENN A. WOODARD, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the findings and recommendation made by Magistrate Judge Zwart (filing 131), and on the defendant's statement of objections (filing 132). The magistrate judge recommends that the defendant's motion to dismiss (filing 127) be denied.

I have conducted a de novo review of the record. I find that inasmuch as the magistrate judge has fully, carefully, and correctly found the facts and applied the law, the findings and recommendation should be adopted, the statement of objections should be denied, and the motion to dismiss should be denied.

IT IS ORDERED that:

1. the magistrate judge's findings and recommendation (filing 131) are adopted;

2. the defendant's statement of objections (filing 132) is denied; and

3. the defendant's motion to dismiss (filing 127) is denied.

May 12, 2011.                                         BY THE COURT:

*Richard G. Kopf*
United States District Judge