IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>GLENN A. WOODARD,<br><br>        Defendant. | 4:98CR3100<br><br>DETENTION ORDER |

The defendant is currently being detained on a case is state court and is not contesting detention in this case.  Accordingly, as to this case,

IT IS ORDERED:

1) The above-named defendant shall be detained until further order.

2) The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

October 29, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge