## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:98CR3100 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| GLENN A. WOODARD, | ) | |
| | ) | |
| Defendant. | ) | |

At the request of the Clerk's office,

IT IS ORDERED that:

(1)     The portion of the Judgment requiring payment of restitution previously entered in this case on August 23, 1999 (filing 54) remains in effect.  That is, the defendant remains responsible for restitution in the amount of $52,363.92, less any payments previously made.

(2)     Previous Judgments, including the most recent Judgment (filing 189) revoking supervised release, need not be amended.

(3)     The Clerk of Court shall provide a copy of this order to the Financial Litigation Unit of the U.S. Attorney's Office.

Dated November 3, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge